DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MALIK HAMID ZAMAN,**
Appellant,

v.

**MARGIT MA,**
Appellee.

No. 4D20-2169

[October 7, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502019CA003465.

Malik Hamid Zaman, Palm Beach Gardens, pro se.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***